# INDEX OF EXHIBITS

<u>United States v. Martin Gutierrez-Barba</u>

CR-19-01224-PHX-DJH

Exhibit A ...................Immigration Committee Report, "The Eugenical Aspects of Deportation" (February 21, 1928)

Exhibit B ....................... Congressional Record - House 3614 (February 16, 1929)

Exhibit C .............................. Congressional Record - House 5887 (April 8, 1924)

Exhibit D ......................... Congressional Record - House 2818 (February 9, 1928)

Exhibit E ......................... Congressional Record - House 2462 (February 3, 1928)

Exhibit F ................................Immigration Committee Report (January 12, 1926)

Exhibit G .. Senate Report No. 1456, "Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law" (January 17, 1929)

Exhibit H ........................Congressional Record - Senate 5094 (January 23, 1929)

Exhibit I ......House Report No. 2397, "Deportation of Aliens" (February 6, 1929)

Exhibit J ....................... Congressional Record - House 3525 (February 15, 1929)

Exhibit K .................................... 70th Cong., Sess. II, Chap. 690 (March 4, 1929)

1