# EXHIBIT 1

Martin Gutierrez Barba
August 02, 2021

To the honorable,

Hello your honorable I am writing this letter to you to explain to you in better words what I have in my mind and heart to say to you. First off I want to start by apologizing for breaking the law. I have regocnized that what I did was wrong and that is why I have declared myself guilty since the beginning. But I would like for you to know my life in my own words... I was brought here as a very young child at only 8 years old. I remember so little of the life I had in Mexico before coming to the United States. I've been raised here in the U.S.A my whole life. The only times I have been to Mexico is the times I have gotten deported and in those times I haven't been able to figured out a life over there because my whole life is here in Arizona. I have all my family and my kids as well in Arizona. I wish I could have the opportunity to at least be a DACA recipient but how my record looks in immigration it is impossible. All I have done since I came to the U.S.A is make a better life for myself but since I became a father in 2006 all I have done is work hard to give my son a better life. I gained full custody of my son in 2013 unfortunately mom isn't in his life and hasn't been part of his life since 2013. She is a drug addict and I can't trust my son around her that is why he needs me here. I am the only parent he has in his life as of now.  Your honor, all I have tried and am doing is be a better man. If you look at my criminal record this whole time I have been in Arizona I haven't broken the law. I have been a good resident here in Arizona. My only priorities are my kids and my wife at this moment. I am the bread winner in my household, they all depend on me and I know they will suffer a lot without me here. As of now I have been working for myself as a painter making the community better. Working as a painter full time for myself has opened my family a lot of doors. I was able to move to Gilbert away from Phoenix to give my kids the chance for them to have better influences but also a better education. I didn't want for my kids to grow up in the same community I did. I knew since I had them that I wanted a better life for them. Thanks to my job and our community I have been able to meet awesome people. With my job it has helped me build friendships with my clients, clients that I have known now for over a year. Not only them I have been able to meet but their families too and I have build a friendship with them as well. Some of the letter references come from those people that I have gained their trust but also a friendship. With me working for myself it has also given my wife the chance to go back to school to obtain her GED to start a career herself, without having to worry about going back to school taking care of kids and working at the same time. When I met my wife in 2016 she was already attending a Christian church, I started attending church with her and I was able to convert myself to a Christian as well. We have dedicated our lifes to our family and to Christ. Your honor, all want you to know that my whole life is here and that I mean to make no harm here. I just want to be able to be here to help my family finish what we have started A BETTER

LIFE. I hope you can take this letter into consideration and help you make a better decision not only for me but for my family as well.


With best regards,

*Martin Godin*