# EXHIBIT 2

July 21st, 2021

To the Honarble Diane Humetewa,

I just wanted to start off by saying "thank you" for giving my husband the chance to be back home with us on June 17th. Since I can't see or talk to you in person I thought "why not..." We are very well aware of the situation my husband Martin Gutierrez Barba is in. I also understand that you mention to him to be prepared for his next court on August 17th(his sentencing court). All I am asking from you your honor is for a chance to be free at last! Is not only him in this situation it is also his family especially his kids. I would just like for you to understand that when you sentence him you will also be sentencing us. Him being away from home will affect us all tremendously, being the sole provider for our family. With my husband(Martin) being a painter and working for himself it has given me the opportunity to go back to school and also be home with the kids. So in that aspect it helps me tremendously that he can go to work while I take care of school and kids at the same time. I am just explaining to you a little of our home situation so you can understand in the dilemma we are in. Please your honor help our family out! I know this isn't important right now but holidays are just around the corner and it will be very devasting having to go through the holidays without my husband at home. Not so much for me but for our kids. My point is your honor that this is all we have. We are not bad people we were just put in a difficult situation as children with no option. All I am asking for is a chance to be together at home without having to worry in the back of our heads at all times that our time together is limited because a court is approaching where we

might no longer see him for awhile. I already had to come home twice and express to my children that dad is gone and I don't want for this to be the third time, their tears break my heart very much. Just imagine all the trauma they are going through so young because of the situations we have gone through this past two years. I don't know if you are aware but my husband lost his father 6 years ago... in the time of his passing he was incarcerated so he was never able to say his goodbyes to his very sick father. The reason why we traveled to Fresno, California was because his father is buried in California and after 6 years of his passing this would be the first time he ever got to visit his dads grave. My point is that he only has his mother left which she is also old and very sick. It will be devastating for him to be incarcerated again if his mother were to pass to a better life. Your honor as a mother all I am asking for you to give him the chance to be home and not condemn him for so many months in a place we can't see or touch him. He was with the ankle monitor for almost 2 years with no problem he has shown to be a very responsible man and not a flight risk. Put him with an ankle monitor again if that's what it takes for him to be home but please don't take him away from us again. I hope this letter finds you well and I was able to explain to you with clarity what my heart is feeling. Thank you for taking the time to go over my letter.

With much respect, CLAUDIA ARMENTA

*Claudia Clementi* (signature)

To whom this may concern                                                                 July 28th, 202

My father should not get arrested because his family will need him. We struggle when he is gone. Our family needs his support. Will we need him to make us glad when he is here with us. He works for his family. He wakes up early in the morning and comes back late just to support his family. To put food on the table and to put a roof over our heads. So he could pay the bills. Without him here it will be very devastating for all of us at home. We depend so much on him. So I am pleading to you to please have it in your heart to keep my father here with us, PLEASE!

SINCERELY, Martin Gutierrez JR.

*Martin G.*

To whom it may concern,

Hello my name is Britany Gutierrez, I am Martin Gutierrez Barba' niece. My uncle Martin Provides for his family. He is the one working hard to give his wife Vanessa and his two children Melody, and Martin jr. everything he can in his power. Martin pays the bills, all the expenses that the family needs. With out my uncle here, his family will struggle financially. My cousins will be devastated without their father here. They are the ones that will be hurting more. My uncle Martin Gutierrez Barba is such a very big impact in his whole family lifes.

Thank You

Sincerly,
Britany Gutierrez

Who is concerned?

My name Ana Gutierrez I am Martin Gutierrez sister. I would like to talk a little about my brother's life, he is excellent father, husband, son and brother. Every day he tries to be good citizen being responsible in everyday life. I urge you to give you the opportunity to stay in this country to continue his role as a responsible father, husband, a worker tor his two children and his wife. They take care to have their father with them so that my two nephews' have the opportunity to grow with a healthy mind in life and all their father's love. Unfortunately, in the past the pity of losing his little baby last year but I believe that her little angel wants her father to have the opportunity to be close to her littler brothers and mother and to continue to pass along with his bitter event. As a family, we are together supporting him to ask him to give him the opportunity to be in this country so that he can continue with his children and wife life, and with us his family. I hope that you will touch your heart and give my brother the opportunity to keep watching his children grow up with the love he gives them. Thank you for your time.



July 30th, 2021

Eva Sanchez

To whom it may concern,

Hello my name is Eva and I was first introduced to Martin Gutierrez Barba in 2016. He is now married to my sister Claudia. He is a very good man and an awesome/responsible father to my nieces and nephews. Very hard working and always providing for his family. Is it unfortunate this times that they are and have been living this past 2 years. I have witness the pain this family has gone through with him being away from them not only once but two times now. I had to hug and wipe tears from them in the hard days they have had to face. All I want to ask for is for this family to be able to be over all of this and be able to have his father/husband at home. This kids(nieces and nephews) have gone through enough trauma already, please have it in your heart to give them the what they all want for dad to be home with them. Thank you for your time and understanding.

Sincerely, Eva Sanchez

August 02, 2021

Isaias Armenta



To Whom it May Concern,

My name is Isaias Armenta and I've been knowing Martin Gutierrez Barba for five years now. He is married to my sister Claudia Armenta. Since I've met Martin I have always pictured him as a great person; family oriented really hard working, the back bone to his family. This past years have not been so good far from it they have gone through immense deal of pain and suffering. Loosing their little baby girl Melanie is by far the worst pain any family can go through. They find comfort in him as he does in them, he is a father of six beautiful children that depend on him. His baby Melody whom she's very attached to will need him so much as such his other kids and wife. With him being the main provider for the home they will be very devasted with him not being able to be here at home with them to provide for them. As far as I know he hasn't been a bad person always on the straight and narrow working hard for his family. Please find it in your heart to not wrong a man that's just trying to do his best for his family. Thank you for your time.

Sincerely,

Isaias Armenta

To whom it may concern,

My name is Martha Jimenez Luevanos I am related to Martin Gutierrez Barba by my niece Claudia Armenta. I have been knowing Martin for five years now. It comes to me to ask for you to give this man a chance to finally be at home with his family without having to worry about going back to jail. I would hate for him to be away from his family for so long due to them needing him since he is the head of the house hold. I was able to be there for my niece when he got arrested in his last court and it was very devasting seeing all of them so sad for not having dad at home. Please your honor give this family the chance to be together and not separated. Not worrying about him needing to go back to court with a possibility of being taken away from them once again. I hope this letter finds you well. If you have any questions please contact me at (602)418-5371 Thank you for taking the time to read this letter that comes from my heart.



July 19, 2021

To Whom It May Concern,

It is my pleasure to let you know that Martin is a great neighbor. He is an extremely hard-working man and I know he works hard to support his family. He and his family are always very friendly and willing to help whenever asked. We often see him outside with his kids doing things around the house and playing at the park. His family would suffer greatly without him around, and he would be missed in this community.

Thank you,

Beth Samuels
Regional Engagement Consultant
National Geographic Learning | Cengage Learning

To Whom it May Concern,

I met Martin Gutierrez last year. I was given his name as a reference through a community posting for a skilled painter. Martin completed work for me on two separate occasions. He was easy to work with and displayed a strong work ethic. He was reasonable and accommodating and because of this I recommended him to other family and friends. As a result, Martin completed work for my parents as well.

When I learned of Martin's upcoming court hearing I wanted to express my gratitude for the work he has completed for me. Additionally, knowing he is the sole source of income for his family I understand it is imperative for him to be able to continue working.

Please feel free to contact me if necessary using the information below.


Sincerely,

Brian Hoyt





**IGLESIA DEL NAZARENO "SOUTH MOUNTAIN"**
525 E. BROADWAY RD.   PHOENIX, AZ.  85040
Rev. Juan A. Lelli, D. Min, pastor - (602) 518 – 9161
e-mail: juanlelli@hotmail.com
www.iglesiadelnazarenosouthmountain.com
Facebook: Iglesia del Nazareno South Mountain
youtube:iglesia del nazareno south mountain/pastor Juan Lelli
Oración/Prayer : Viernes/ Friday 7:00 pm.
Celebración/Worship Domingos/ Sunday 11:00am
bilingual services

July 28, 2021

To whom it may concern:

I am respectfully writing to you herewith. The reason for this letter is to provide a reference concerning Mr. Martin Gutierrez, who has his court in August 2021.

I would ask you to consider Mr. Martin Gutierrez; in the time I have known him, he has always been a responsible husband and father and has worked hard to take care of his family. He has his wife and six children to support; he is the financial support of the family.  Without him, the situation of his wife and children would become a problem for them, not having such financial support and lacking the father's image in the home.

Please note that young children need to be cared for during the day; others need to be sent to school and supervised for the rest of the day. This is a severe problem for Mr. Martin's wife, who would alone have to face life with all her children.

Thank you for your consideration, and I appreciate your attention.

Kind regards

Rev. Dr. Juan A. Lelli, pastor

IGLESIA DEL NAZARENO
SOUTH MOUNTAIN
525 E BROADWAY RD
PH-AZ 85040 (602) 518-9161